McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>NEHEMIAH AVILA,<br>CEASAR MARTINEZ,<br>KEVIN STERN,<br>RICARDO MARMOLEJO<br><br>                    Defendants. | CASE NO. 2:21-MJ-0006 JDP<br><br>ORDER TO UNSEAL COMPLAINT |

The government's motion to unseal the above-referenced case, keep the complaint under seal, file a redacted copy of the complaint is GRANTED. The government is further permitted to provide a copy of the unredacted, sealed complaint to counsel for the defense before the initial appearance.

Dated: January 13, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO FILE REDACTED COPY OF INDICTMENT